UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. MONROE,<br><br>      Plaintiff,<br><br>  -against-<br><br>ROCKLAND COUNTY DISTRICT ATTORNEY'S OFFICE; A.D.A. VERONICE PHILLIPS,<br><br>      Defendants. | 20-CV-5445 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

  By order dated September 11, 2020, and entered on September 14, 2020, the Court directed Plaintiff to file an amended complaint within sixty days. (ECF No. 6.) That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 14, 2020
    New York, New York

                    *Louis L. Stanton*
                     LOUIS L. STANTON
                        U.S.D.J.