UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. MONROE,<br><br>                          Plaintiff,<br><br>-against-<br><br>ROCKLAND COUNTY DISTRICT ATTORNEY'S OFFICE; A.D.A. VERONICE PHILLIPS,<br><br>                         Defendants. | 20-CV-5445 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 14, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 14, 2020
              New York, New York

                                                                             *Louis L. Stanton*
                                                                         LOUIS L. STANTON
                                                                              U.S.D.J.